**CT Corporation**

**Service of Process Transmittal**
02/08/2017
CT Log Number 530658573

TO: CSX Legal Papers
CSX Corporation
500 Water St, C160
Jacksonville, FL 32202-4423

RE: **Process Served in Illinois**

FOR: CSX Transportation, Inc. (Domestic State: VA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | LOUIS LEE, Pltf. vs. LOUIS LEE and CSX TRANSPORTATION, INC., etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summonses, Complaint, Affidavit |
| **COURT/AGENCY:** | Cook County Circuit Court - County Department - Law Division, IL<br>Case # 2017L001229 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 02/03/2015 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/08/2017 at 11:30 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | David J. Gallagher<br>THE VRDOLYAK LAW GROUP, LLC<br>741 N Dearborn Street<br>Chicago, IL 60654<br>312-482-8200 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/09/2017, Expected Purge Date: 02/14/2017<br><br>Image SOP<br><br>Email Notification, CSX Legal Papers  LegalPapersIntake@csx.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| **TELEPHONE:** | 312-345-4336 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**EXHIBIT**

**1**

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| **SUMMONS** | **ALIAS - SUMMONS** |

(8/01/08) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, Law _____ DIVISION

No. 2017L001229
CALENDAR/ROOM D
TIME 00:00
PI Motor Vehicle

LOUIS LEE
_____
(Name all parties)

v.

ROBERTO FAVELA and CSX TRANSPORTATION, INC., a foreign corporation

CSX Transportation, Inc.
208 S. LaSalle St. Suite 814
Chicago, IL 60604

### SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ **Richard J. Daley Center, 50 W. Washington, Room** 801 _____, **Chicago, Illinois 60602**

☐ **District 2 - Skokie**       ☐ **District 3 - Rolling Meadows**     ☐ **District 4 - Maywood**
   5600 Old Orchard Rd.          2121 Euclid                           1500 Maybrook Ave.
   Skokie, IL 60077             Rolling Meadows, IL 60008             Maywood, IL 60153

☐ **District 5 - Bridgeview**    ☐ **District 6 - Markham**             ☐ **Child Support**
   10220 S. 76th Ave.           16501 S. Kedzie Pkwy.                 28 North Clark St., Room 200
   Bridgeview, IL 60455         Markham, IL 60426                     Chicago, Illinois 60602

You must file **within 30 days** after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 41535 _____

**Name:** Benjamin Kelly, The Vrdolyak Law Group, LLC

**Atty. for:** Plaintiff

**Address:** 741 N. Dearborn St.

**City/State/Zip:** Chicago, IL 60621

**Telephone:** (312) 482-8200

Service by Facsimile Transmission will be accepted at: _____

WITNESS, _____ FEB 2, 2017

DOROTHY _____

_____
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

_____
(Area Code)  (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**



DOC.TYPE: LAW
CASE NUMBER: 17L001229
DEFENDANT
CSX TRANSPORTATION INC
208 S LASALLE ST
CHICAGO, IL 60604
STE 814

DIE DATE
02/23/2017

SERVICE INF
RM 801

ATTACHED

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS |

(8/01/08) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, Law _____ DIVISION

No. 2017L001229
~~CALENDAR/ROOM D~~
TIME 00:00
PI Motor Vehicle

LOUIS LEE

(Name all parties)

v.

ROBERTO FAVELA and CSX TRANSPORTATION, INC., a foreign corporation

CSX Transportation, Inc.
208 S. LaSalle St. Suite 814
Chicago, IL 60604

### SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ **Richard J. Daley Center, 50 W. Washington, Room** 801 _____, **Chicago, Illinois 60602**

☐ **District 2 - Skokie**
5600 Old Orchard Rd.
Skokie, IL 60077

☐ **District 3 - Rolling Meadows**
2121 Euclid
Rolling Meadows, IL 60008

☐ **District 4 - Maywood**
1500 Maybrook Ave.
Maywood, IL 60153

☐ **District 5 - Bridgeview**
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ **District 6 - Markham**
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ **Child Support**
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file **within 30 days** after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 41535 _____

Name: Benjamin Kelly, The Vrdolyak Law Group, LLC

Atty. for: Plaintiff

Address: 741 N. Dearborn St.

City/State/Zip: Chicago, IL 60621

Telephone: (312) 482-8200

Service by Facsimile Transmission will be accepted at: _____

WITNESS, _____, _____

_____ Clerk of Court FEB 2 2017

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

_____
(Area Code)  (Facsimile Telephone Number)

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

DIE DATE
02/23/2017

DOC.TYPE:   LAW
CASE NUMBER:   17L001229
DEFENDANT
CSX TRANSPORTATION INC
208 S LASALLE ST
CHICAGO, IL 60604
STE 814

SERVICE INF
RM 801

ATTACHED

30838:BBK:rc                                                                41535

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

LOUIS LEE,                          )
                                    )
        Plaintiff,                  )   No:
                                    )
vs.                                 )   Amount: In Excess of Fifty Thousand
                                    )   Dollars ($50,000) Plus the Costs of This
ROBERTO FAVELA and CSX              )   Suit
TRANSPORTATION, INC., a foreign     )
corporation                         )   Return Date:
                                    )
        Defendants

### COMPLAINT

NOW COMES the Plaintiff, LOUIS LEE, by and through his attorneys, THE

VRDOLYAK LAW GROUP, LLC, and complaining of the Defendants, ROBERTO FAVELA

and CSX TRANSPORTATION, INC., states as follows:

### COUNT I - LOUIS LEE vs. ROBERTO FAVELA

1.      That on or about February 3, 2015, and at all relevant times herein, the Defendant,

ROBERTO FAVELA, maintained, operated, and controlled a motor vehicle, traveling in a

generally westbound direction on the 79th Street at or near the intersection with Trumbull

Avenue., City of Chicago, Cook County, State of Illinois.

2.      That at the aforesaid time, and at all relevant times herein, the Plaintiff, LOUIS LEE,

owned, managed, maintained, and drove a motor vehicle, traveling in a generally westbound

direction on the 79th Street at or near the intersection with Trumbull Avenue, City of Chicago,

Cook County, State of Illinois.

1

3.   That at the aforesaid time and place, and at all relevant times herein, the Defendant did

then and there drive said motor vehicle into a violent collision with the vehicle immediately

behind the vehicle that Plaintiff was operating, and such vehicle was pushed into Plaintiff's

vehicle.

4.   That at all relevant times herein, the Plaintiff was in the exercise of all due care and

caution for his own safety and the safety of others; that care being commensurate with his age,

intellect and mental capacity and with the physical circumstances existent at such time and place.

5.   At the aforesaid time and place and at all relevant times herein, the Defendant owed a

duty to the Plaintiff, and to the public generally, to exercise due and proper care and caution in

the operation of the said motor vehicle.

6.   That at the aforesaid time and place and all relevant times herein, the Defendant breached

the aforesaid duty to the Plaintiff through one or more of the following negligent and careless

acts and/or omissions:

  (a)   operated, controlled, and drove said motor vehicle into collision with another
        vehicle that was immediately behind Plaintiff's car, causing injury to Plaintiff;

  (b)   failed to keep said motor vehicle under proper and sufficient control;

  (c)   operated, controlled, and drove said motor vehicle so that as a direct and
        proximate result thereof, Plaintiff was injured;

  (d)   operated, controlled, and drove said motor vehicle without keeping a proper and
        sufficient lookout;

  (e)   failed to decrease speed so as to avoid colliding with Plaintiff, in violation of 625
        ILCS 5/11-601; and

  (f)   failed to give an audible warning with horn when such warning was reasonably
        necessary to insure safety, in violation of 625 ILCS 5/12-601.

7.      As a direct and proximate result of one or more of the aforesaid negligent and careless

acts and/or omissions of the Defendant, ROBERTO FAVELA, the Plaintiff, LOUIS LEE,

suffered injuries and damages of a personal, pecuniary and permanent nature.

      WHEREFORE, the Plaintiff, LOUIS LEE, demands judgment against the Defendant,

ROBERTO FAVELA, for a sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS,

plus costs of this suit.

### COUNT II - LOUIS LEE vs. CSX TRANSPORTATION, a foreign corporation

1.      That on or about February 3, 2015, and at all relevant times herein, the Defendant, CSX

Transportation, a foreign corporation, was licensed to do business and existing under the laws of

the State of Illinois.

2.      That on or about February 3, 2015, and at all relevant times herein, the Defendant, CSX

TRANSPORTATION, INC., owned, maintained, and controlled a motor vehicle driven by Co-

Defendant ROBERTO FAVELA, which vehicle was traveling in a generally westbound

direction on the 79th Street at or near the intersection with Trumbull Avenue., City of Chicago,

Cook County, State of Illinois.

3.      That at the aforesaid time and place, ROBERTO FAVELA was the actual or apparent

agent, employee, or servant of CSX TRASNPORTATION, INC.

4.      That at the aforesaid time and place, CSX TRANSPORTATION, INC., had a right to

control the manner in which ROBERTO FAVELA operated the aforementioned motor vehicle.

5.      At all times relevant herein, ROBERTO FAVELA was acting in such a manner as to

cause members of the general public including the Plaintiff LOUIS LEE, to believe that he was

the agent, employee, or servant of CSX TRANSPORATATION, INC.

3

6.    That at the aforesaid time, and at all relevant times herein, the Plaintiff, LOUIS LEE, owned, managed, maintained, and drove a motor vehicle, traveling in a generally westbound direction on the 79th Street at or near the intersection with Trumbull Avenue, City of Chicago, Cook County, State of Illinois.

7.    That at the aforesaid time and place, and at all relevant times herein, the Defendant did then and there drive said motor vehicle into a violent collision with the vehicle immediately behind the vehicle that Plaintiff was operating, and such vehicle was pushed into Plaintiff's vehicle.

8.    That at all relevant times herein, the Plaintiff was in the exercise of all due care and caution for his own safety and the safety of others; that care being commensurate with his age, intellect and mental capacity and with the physical circumstances existent at such time and place.

9.    At the aforesaid time and place and at all relevant times herein, the Defendant owed a duty to the Plaintiff, and to the public generally, to exercise due and proper care and caution in the operation of the said motor vehicle.

10.    That at the aforesaid time and place, the Defendant, CSX TRANSPORTATION., as owner and principal through its authorized and/or ostensible agent, ROBERTO FAVELA, breached the aforesaid duty to the Plaintiff, LOUIS LEE, through one or more of the following negligent and careless acts and/or omissions:

       (a)    operated, controlled, and drove said motor vehicle into collision with another vehicle that was immediately behind Plaintiff's vehicle, causing injury to Plaintiff;

       (b)    failed to keep said motor vehicle under proper and sufficient control;

       (c)    operated, controlled, and drove said motor vehicle so that as a direct an proximate result thereof, Plaintiff was injured;

(d)    operated, controlled, and drove said motor vehicle without keeping a proper and sufficient lookout;

(e)    failed to decrease speed so as to avoid colliding with Plaintiff, in violation of 625 ILCS 5/11-601; and

(g)    failed to give an audible warning with horn when such warning was reasonably necessary to insure safety, in violation of 625 ILCS 5/12-601.

11.    As a direct and proximate result of one or more of the aforesaid negligent and careless acts and/or omissions of the Defendant, CSX TRANSPORTATION INC., by and through its actual or apparent agent ROBERTO FAVELA, the Plaintiff, LOUIS LEE, suffered injuries and damages of a personal, pecuniary and permanent nature.

WHEREFORE, the Plaintiff, LOUIS LEE, demands judgment against the Defendant, CSX TRANSPORTATION, INC., for a sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, plus costs of this suit.

Attorney for Plaintiff

**THE VRDOLYAK LAW GROUP, LLC**
**By: David J. Gallagher**
Attorney for Plaintiff
741 N Dearborn Street
Chicago, IL 60654
312-482-8200

5

## RULE 222 (b) AFFIDAVIT

I, the undersigned, am the Plaintiff in this case and under penalties provided by the law pursuant to section 1-109 of the Code of Civil procedure certify that the damages sought in this lawsuit does not exceed Fifty Thousand Dollars ($50,000.00)

X _Louis Lee_